Raymond H. WAGNER, Respondent,

v.

CITY OF SAINT PAUL, Self–Insured, Relator.

No. A03–1975.

Supreme Court of Minnesota.

March 18, 2004.

Timothy S. Crom, Patrick S. Collins, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for Relator.

Lewis H. Seltz, Seltz & Associates, Ltd., Golden Valley, MN, for Respondent.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 21, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT: